650 A.2d 863

PENNSYLVANIA STATE POLICE, BUREAU OF LIQUOR CONTROL ENFORCEMENT, Appellant,

v.

HOSPITALITY INVESTMENTS OF SOCIETY HILL, INC., Appellee.

Supreme Court of Pennsylvania.

Submitted Oct. 18, 1993.

Decided Nov. 3, 1994.

Stanley J. Wolowski, Pittsburgh, for Pennsylvania State Police.

Gary F. DiVito, Philadelphia, for Hospitality Investments.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM.

The order of the Court of Common Pleas of Philadelphia County is REVERSED. See, *Pennsylvania State Police, Bureau of Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.*, 539 Pa. 108, 650 A.2d 854 (1994).

FLAHERTY, Justice, dissenting.

I dissent based on my dissenting opinion filed in *Pennsylvania State Police, Bureau of Liquor Control Enforcement, v. Hospitality Investments of Philadelphia, Inc.*, 539 Pa. 108, 650 A.2d 854.

CASTILLE, Justice, dissenting.

I respectfully dissent based on my dissenting opinion filed in *Pennsylvania State Police, Bureau of Liquor Control En-*

*forcement v. Hospitality Investments of Philadelphia, Inc.,* 539 Pa. 108, 650 A.2d 854.